**FILED**

11/23/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0423

IN THE SUPREME COURT OF THE STATE OF MONTANA

Case No.  DA 20-0423_____

| | |
|---|---|
| STATE OF MONTANA | )<br>) |
|        Plaintiff and Appellee, | )<br>) |
| vs. | )<br>) |
| RICHARD EDWARD ADSIT, JR., | )<br>) |
|        Defendant and Appellant. | )<br>) |



FILED

NOV 2 3 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

## ORDER GRANTING MOTION FOR EXTENSION

On Appeal from the Montana Tenth Judicial District Court,
Cascade County, Cause No. DC-23-2018-07

Upon consideration of the Appellant's Motion for Extension and good cause appearing:

IT IS HEREBY ORDERED that the transcripts shall be transmitted on or before December 31, 2020 and the Appellant's Opening Brief shall be filed with the court on or before February 2, 2021.

DATED this 23rd day of November, 2020.

_____
Montana Supreme Court

cc:   Meghan Lulf Sutton, Attorney for Appellant
      Heather Perry, Judith Basin County Attorney
      Montana Attorney General Tim Fox
      Tenth Judicial District Court, Judith Basin County